UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERIC GREEN,<br><br>         Plaintiff,<br> v.<br><br>ALI JAMAL, *et. al.,*<br><br>         Defendants. | Case No. 3:18-cv-00301-MMD-CLB<br><br>ORDER |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 25) ("R&R"), recommending that Plaintiff's motion to dismiss (ECF No. 22) be granted. Defendants do not oppose Plaintiff's motion (ECF No. 24) and have accordingly not filed an objection to the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

The Court agrees with Judge Baldwin's recommendation to grant dismissal without

prejudice since no responsive pleadings have been filed and Defendants filed a notice of non-opposition.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla L. Baldwin (ECF No. 25) is accepted and adopted in its entirety.

It is therefore ordered that Plaintiff's motion to dismiss (ECF No. 22) is granted.

It is further ordered that this case is dismissed without prejudice.

It is further ordered that the Clerk of the Court enter judgment accordingly and close this case.

DATED THIS 29th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE